STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-856 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER FOR CONTINUANCE OF** |
| v. ) | **STATUS CONFERENCE** |
| ) | **AND EXCLUSION OF TIME** |
| ) | |
| JOSE ARMANDO MENDOZA JIMENEZ, ) | Date: January 30, 2013 |
| ) | Time: 2:30 p.m. |
| Defendant. ) | Court: The Honorable Edward M. Chen |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on January 30, 2013 at 2:30 p.m.;

2. The purpose of the continuance is due to the unavailability of defense counsel on January 30, 2013 for work-related travel in Eureka, California that is of an urgent nature in relation to one of her other cases;

3. Counsel for the government has been contacted and has no objection to the continuation;

4. The defense thus requests that the status conference be continued to February 6, 2013 at 2:30 p.m.

12-856 EMC; Stipulation to Continue        1

5. Further, and in light of the foregoing, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from Wednesday, January 30, 2013 through Wednesday, February 6, 2013 on the basis of continuity of counsel, due to the unavailability of defense counsel on January 30, 2013. The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv)..

IT IS SO STIPULATED.

Dated: January 24, 2013

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: January 24, 2013    _____/s/_____
J. MARK KANG
SPECIAL ASSISTANT UNITED STATES ATTORNEY

# [PROP~~OS~~ED] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from January 30, 2013 to February 6, 2013 at 2:30 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from Wednesday, January 30, 2013 through Wednesday, February 6, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

**IT IS SO ORDERED**.

DATED: ____1/25/13_____ 

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE